RUSH MOORE LLP
A Limited Liability Law Partnership

J. STEPHEN STREET          1573-0
REGINAULD T. HARRIS      7516-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Ph:   (808) 521-0400
FAX: (808) 521-0597
e-mail: jsstreet@rmhawaii.com
        rharris@rmhawaii.com

Attorneys for Plaintiff
DOUGLAS PEEBLES, dba
DOUGLAS PEEBLES PHOTOGRAPHY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DOUGLAS PEEBLES dba DOUGLAS PEEBLES PHOTOGRAPHY<br><br>Plaintiff,<br><br>vs.<br><br>LAHAINA PRINTSELLERS, LTD dba LAHAINA GICLEE; CHARLENE E. WALKER; ALAN D. C. WALKER; BRYANT NEAL; EFREN ERESE; RICARDO SAN PEDRO; MICHAEL DAVID; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10, DOE NON-PROFIT ENTITIES 1-10, | CIVIL NO. CV06-00036 HG/BMK<br>(Copyright Infringement)<br><br>PLAINTIFF DOUGLAS PEEBLES dba DOUGLAS PEEBLES PHOTOGRAPHY'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND PARTIES; CERTIFICATE OF SERVICE |

```
and DOE GOVERNMENTAL      )
ENTITIES 1-10,            )
                          )
              Defendants. )
                          )
_____)
```

PLAINTIFF DOUGLAS PEEBLES dba DOUGLAS PEEBLES
PHOTOGRAPHY'S NOTICE OF DISMISSAL
<u>WITHOUT PREJUDICE OF ALL CLAIMS AND PARTIES</u>

Comes now Plaintiff DOUGLAS PEEBLES dba DOUGLAS PEEBLES PHOTOGRAPHY ("Plaintiff"), by and through his counsel Rush Moore LLP A Limited Liability Law Partnership, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, gives notice of dismissal without prejudice of all claims and all parties. On February 13, 2006, Defendants LAHAINA PRINTSELLERS dba LAHAINA GICLEE, ALAN D. C. WALKER, CHARLENE WALKER and BRYANT NEAL received service of the Complaint filed in this matter. No answers have been filed. On May 16, 2006, a Stipulated Permanent Injunction and Order As To Defendants Lahaina Printsellers, Ltd dba Lahaina Giclee; Charlene E. Walker; Alan D. C. Walker; and Bryant Neal; Exhibits "1" - "44" was entered with the Court. The remaining Defendants, EFREN ERESE, RICARDO SAN PEDRO and MICHAEL DAVID, were never served with the Complaint but have signed a Stipulated Permanent Injunction and Order As To Defendants Efren Erese; Ricardo San Pedro; and Michael David; Exhibits "1" -

"44" which was entered with the Court on October 16, 2006.

There are no pending motions, remaining parties, or other remaining issues before the Court in this action. No trial date has been set for this matter.

DATED: Honolulu, Hawaii, October 19, 2006.

*/s/ J. Stephen Street*

J. STEPHEN STREET
Attorney for Plaintiff
DOUGLAS PEEBLES dba
DOUGLAS PEEBLES PHOTOGRAPHY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DOUGLAS PEEBLES dba DOUGLAS PEEBLES PHOTOGRAPHY, <br><br>  Plaintiff, <br><br> vs. <br><br> LAHAINA PRINTSELLERS, LTD dba LAHAINA GICLEE; CHARLENE E. WALKER; ALAN D.C. WALKER; BRYANT NEAL; EFREN ERESE; RICARDO SAN PEDRO; MICHAEL DAVID; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE NON-PROFIT ENTTIES 1-10, and DOE GOVERNMENTAL ENTITIES 1-10, <br><br>  Defendants. | CIVIL NO. CV06-00036 HG/BMK <br> (Copyright Infringement) <br><br> CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that copies of the foregoing were duly served upon the following parties at their last known addresses by U.S. Mail on the date indicated below:

LAHAINA PRINTSELLERS, LTD dba LAHAINA GICLEE
CHARLENE E. WALKER
ALAN D. C. WALKER
BRYANT NEAL
c/o Lahaina Printsellers, Ltd
1013 Limahana Place
Lahaina, HI 96761


DATED: Honolulu, Hawaii, October 19, 2006                     .


_____
J. STEPHEN STREET
Attorney for Plaintiff
DOUGLAS PEEBLES dba
DOUGLAS PEEBLES PHOTOGRAPHY

2